

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00021-CV
_____


GLORIA H. REED, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF HERMON E. REED, SR., ELBERT REED, HERMON
REED, JR., CHARLES REED, JR., AND YOLANDA REED, Appellants

V.

GARY REED, NORVELL REED, AND EARLY DAN REED, JR., Appellees


On Appeal from the 102nd Judicial District Court
Red River County, Texas
Trial Court No. CV01218


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Appellants have filed with this Court a motion to dismiss their pending appeal in this matter. They represent to this Court that the parties have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     August 6, 2008
Date Decided:       August 7, 2008